John M. Hatteberg and Gibson City Community Unit School District No. 1 of Ford, McLean and Champaign Counties, Illinois, Plaintiffs-Appellants, v. County Board of School Trustees of Ford County, Illinois et al., Defendants-Appellees.

Gen. No. 10,049.    (Abstract of Decision.)

Third District.

February 23, 1956.

Released for publication March 12, 1956.

Charles E. Carnahan, for appellants; D. C. Hummel, for Paxton Community School Dist. No. 2, and Melvin-Sibley Community School Dist. No. 4, defendants-appellees; Arthur R. Benz, for County Board of School Trustees of Ford county, defendant-appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.